No. 80–51. BRIDGES *v.* VIRGINIA DEPARTMENT OF MENTAL HEALTH AND MENTAL RETARDATION. Appeal from Sup. Ct. Va. dismissed for want of substantial federal question. ■

No. 80–61. FULTZ *v.* KENTUCKY. Appeal from Ct. App. Ky. dismissed for want of substantial federal question. ■

No. 80–90. NATIONAL WOOD PRESERVERS, INC. *v.* PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL RESOURCES ET AL.; and

No. 80–98. ROGERS ET UX. *v.* PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL RESOURCES ET AL. Appeals from Sup. Ct. Pa. dismissed for want of substantial federal question. Reported below: 489 Pa. 221, 414 A. 2d 37.

No. 80–144. UNITED FEDERATION OF TEACHERS WELFARE FUND *v.* STATE HUMAN RIGHTS APPEAL BOARD ET AL. Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of substantial federal question.

No. 80–5065. JEROKOVITCH *v.* RICCIUTI ET AL. Appeal from Sup. Ct. Pa. dismissed for want of substantial federal question. ■

No. 79–1530. TOWN *v.* RENO, STATE ATTORNEY OF THE ELEVENTH JUDICIAL CIRCUIT OF FLORIDA, ET AL. Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. ■

No. 79–1889. RIVERA *v.* OREGON STATE EMPLOYEES ASSN. ET AL. Appeal from D. C. Ore. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.